FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OREGON POTATO COMPANY, a Washington corporation,<br><br>                  Plaintiff,<br><br>   v.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, a foreign corporation,<br><br>                  Defendant. | NO: 2:24-CV-0416-TOR<br><br>ORDER ON DISMISSAL WITH PREJUDICE |

     BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice (ECF No. 16).  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that each party will bear its own attorney's fees and costs.  The Court has reviewed the record and files herein and is fully informed.

     According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party will bear its own attorney's fees and costs.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 2, 2025.



THOMAS O. RICE
United States District Judge